**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

LML Patent Corp.,

Plaintiff,

v.

JP Morgan Chase & Co., et al.,

Defendants.

Civil Action No. 2:08-CV-448 (DF)

**UNION BANK, N.A.'S NOTICE OF JOINDER IN SUPPORT OF MOTION OF**
**THE NORTHERN TRUST COMPANY TO DISMISS PLAINTIFF'S**
**FIFTH AMENDED COMPLAINT PURSUANT TO F.R.CIV.P. 12(B)(6)**

Defendant Union Bank, N.A. ("Union Bank") submits this notice of joinder in The Northern Trust Company's Motion to Dismiss Plaintiff's Fifth Amended Complaint Pursuant to F.R.Civ.P. 12(b)(6) (the "Motion"). (Dkt. No. 328.) Union Bank adopts and incorporates by reference, as if fully stated herein, the legal arguments stated in the Motion as to why the Fifth Amended Complaint is deficient, which warrant dismissal of Plaintiff LML Corporation's Fifth Amended Complaint. For the reasons stated in the Motion and any supporting documents, Union Bank respectfully requests that the Court GRANT the Motion and dismiss Plaintiff's Fifth Amended Complaint with Prejudice.

DATED:  April 19, 2010

Respectfully submitted,

BINGHAM MCCUTCHEN LLP

By: /s/ Carlos P. Miño
_____
Charles L. Ainsworth
State Bar No. 00783521
Robert Christopher Bunt
State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
Telephone: 903.531.3535
Facsimile: 903.533.9687
Email: charley@pbatyler.com
Email: rcbunt@pbatyler.com

William F. Abrams (CA SBN 88805) (*admitted to E.D. Tex.*)
James G. Snell (CA SBN 173070) (*admitted to E.D. Tex.*)
Patrick T. Weston (CA SBN 211448) (*admitted to E.D. Tex.*)
Carlos P. Miño (CA SBN 247022) (*admitted to E.D. Tex.*)
BINGHAM MCCUTCHEN LLP
1900 University Avenue
East Palo Alto, CA  94303-2223
Telephone:  650.849.4400
Facsimile:  650.849.4800
Email: william.abrams@bingham.com
Email: james.snell@bingham.com
Email: patrick.weston@bingham.com
Email: carlos.mino@bingham.com

**ATTORNEYS FOR DEFENDANT**
**UNION BANK, N.A.**

2

3

## CERTIFICATE OF SERVICE

The undersigned certified that the foregoing document was filed electronically in compliance with Local rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.

> */s/ Carlos P. Miño*
> Carlos P. Miño