**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| LML Patent Corp. | § | |
| | § | **Case No. 2:08-cv-448 DF** |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | **Jury Trial Demanded** |
| JP Morgan Chase & Co. et al. | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF COMPLIANCE WITH COURT'S**
**MOTION PRACTICE ORDER**

In compliance with the Court's Amended Order (Dkt. No. 262) Plaintiff LML Patent Corp. files this Notice of its response letter to the Court in opposition to JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.'s letter requesting permission to file a motion for partial summary judgment of no infringement liability for activities and transactions completed prior to the April 8, 2008 issue date of U.S. Patent No. RE40,220 (Dkt. No. 442). A copy of the response letter brief is attached as Exhibit 1.

| | |
|---|---|
| DATED: May 6, 2010. | Respectfully submitted, |
| |   */s/ Melissa Richards Smith* |
| | Melissa Richards Smith |
| | Texas State Bar No. 24001351 |
| | GILLAM & SMITH, L.L.P. |
| | 303 South Washington Avenue |
| | Marshall, Texas 75670 |
| | Telephone: 903-934-8450 |
| | Facsimile: 903-934-9257 |
| | Melissa@gillamsmithlaw.com |
| | |
| | Theodore Stevenson, III |
| | Lead Attorney |
| | Texas Bar No. 19196650 |
| | tstevensom@mckoolsmith.com |
| | John Austin Curry |
| | Texas State Bar No. 24059636 |
| | acurry@mckoolsmith.com |
| Michael S. Perez | McKool Smith, P.C. |
| Texas Bar No. 24002752 | 300 Crescent Court, Suite 1500 |
| mperez@mckoolsmith.com | Dallas, Texas 75201 |
| Daniel W. Sharp | Telephone: 214-978-4000 |
| Texas Bar No. 24041902 | Facsimile: 214-978-4044 |
| dsharp@mckoolsmith.com | |
| Victoria L. Wicken | Sam F. Baxter |
| Texas State Bar No. 24033337 | Texas Bar No. 01938000 |
| vwicken@mckoolsmith.com | sbaxter@mckoolsmith.com |
| John Garvish | McKOOL SMITH, P.C. |
| Texas State Bar No. 24043681 | 104 East Houston Street, Suite 300 |
| jgarvish@mckoolsmith.com | Marshall, TX 75670 |
| McKool Smith, P.C. | Telephone: 903-923-9000 |
| 300 W. 6th Street, Suite 1700 | Facsimile: 903-923-9099 |
| Austin, Texas 78701 | |
| Telephone: 512-692-8700 | |
| Facsimile: 512-692-8744 | |
| | **ATTORNEYS FOR PLAINTIFF** |
| | **LML PATENT CORP.** |

Austin 59156v1

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail or facsimile transmission, on this the 6th day of May, 2010.

                */s/Melissa Richards Smith*
                Melissa Richards Smith

Austin 59156v1