# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LML PATENT CORP., ) | |
| ) | |
| Plaintiff, ) | C.A. NO. 2:08-cv-448 (DF) |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| JP MORGAN CHASE & CO., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Defendant, The Bank of New York Mellon, respectfully requests that Scott J. Pivnick be permitted to withdraw as counsel of record for The Bank of New York Mellon in this matter. The reason for this request is that Mr. Pivnick is no longer associated with the law firm Pillsbury Winthrop Shaw Pittman, LLP.  No other changes are requested at this time regarding the other attorneys acting as The Bank of New York Mellon's counsel of record.

Respectfully submitted,

Date:  July 16, 2010

By:  /s/ Elizabeth L. DeRieux
S. Calvin Capshaw
State Bar No. 03783900
Email:  ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email:  ederieux@capshawlaw.com
D. Jeffrey Rambin
State Bar No. 00791478
Email: jrambin@capshawlaw.com
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
Longview, TX  75601
Telephone:  (903) 236-9800
Facsimile:  (903) 236-8787

500564627

William P. Atkins
Robert M. Fuhrer
Sarah R. Greene
Pillsbury Winthrop Shaw Pittman LLP - VA
1650 Tyson Blvd, 14th Floor
McLean, VA  22102
Tel:  (703) 770-7900
Fax: (703) 770-7901
Email: william.atkins@pillsburylaw.com
Email: robert.fuhrer@pillsburylaw.com
Email: sgreene@pillsburylaw.com

**ATTORNEYS FOR DEFENDANT**
**THE BANK OF NEW YORK MELLON**

### CERTIFICATE OF CONFERENCE

I certify that I have complied with the meet and confer requirement in Local Rule CV-7(h) and this motion is unopposed.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux

### CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served this 16th day of July, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux